**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**BART A. KENNEDY**                                                              **PETITIONER**

**v.**                                    **NO. 4:21-cv-01223 BRW**

**LAFAYETTE WOODS, JR.,**                                              **RESPONDENTS**
**Jefferson County  Sheriff;**
**and STATE OF ARKANSAS**

**ORDER**

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Bart A. Kennedy ("Kennedy") is dismissed. All requested relief is denied, and judgment will be entered for the respondents. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States

District Courts, a certificate of appealability is also denied because Kennedy cannot make a "substantial showing of the denial of a constitutional right." <u>See</u> 28 U.S.C. 2253(c)(2).

IT IS SO ORDERED this __1st__ day of ___February___, 2022.


_____
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE