IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BART A. KENNEDY                                                               PETITIONER

v.                         NO. 4:21-cv-01223 BRW

LAFAYETTE WOODS, JR.,                                                    RESPONDENTS
Jefferson County Sheriff;
and STATE OF ARKANSAS

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondents Lafayette Woods, Jr., and the State of Arkansas.

IT IS SO ORDERED this  1st  day of  February , 2022.

                                        BILLY ROY WILSON
                                  UNITED STATES DISTRICT JUDGE